FILED: April 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 26-1532
(1:23-cv-00878-TDS-JEP)

---

DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

Plaintiffs - Appellants

v.

FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE BOARD OF ELECTIONS; JEFF CARMON, III, in his official capacity as SECRETARY OF THE STATE BOARD OF ELECTIONS; STACY EGGERS, IV, in his official capacity as a member of the State Board of Elections; ROBERT RUCHO, in his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SAM HAYES, in his official capacity as EXECUTIVE DIRECTOR OF THE STATE BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF ELECTIONS

Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Middle District of North Carolina at Greensboro |
| Originating Case Number | 1:23-cv-00878-TDS-JEP |
| Date notice of appeal filed in originating court: | 04/24/2026 |

| | |
|---|---|
| Appellant(s) | DEMOCRACY NORTH CAROLINA, LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA, NORTH CAROLINA BLACK ALLIANCE |
| Appellate Case Number | 26-1532 |
| Case Manager | R. Phillips<br>804-916-2702 |