# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | 26-1532, Democracy North Carolina, et al. v. De Luca, et al. |
| **Originating No. & Caption** | 1:23-cv-878, Democracy North Carolina v. Francis X. De Luca |
| **Originating Court/Agency** | Middle District of North Carolina |

| **Jurisdiction** (answer any that apply) | | |
|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. § 1291 | |
| Time allowed for filing in Court of Appeals | 30 days | |
| Date of entry of order or judgment appealed | 3/26/2026 | |
| Date notice of appeal or petition for review filed | 4/24/2026 | |
| If cross appeal, date first appeal filed | | |
| Date of filing any post-judgment motion | | |
| Date order entered disposing of any post-judgment motion | | |
| Date of filing any motion to extend appeal period | | |
| Time for filing appeal extended to | | |
| Is appeal from final judgment or order? | ◉ Yes | ○ No |
| If appeal is not from final judgment, why is order appealable? | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | |
|---|---|---|
| Is settlement being discussed? | ○ Yes | ◉ No |

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | (◉) Yes | (○) No |
| Has transcript been filed in district court? | (◉) Yes | (○) No |
| Is transcript order attached? | (○) Yes | (◉) No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | (○) Yes | (◉) No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | (◉) Yes | (○) No |
| Does case involve question of first impression? | (○) Yes | (◉) No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | (○) Yes | (◉) No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs filed this civil action in the District Court for the Middle District of North Carolina on October 17, 2023, challenging Section 10(a) of North Carolina Senate Bill 747 (codified at N.C.G.S. § 163-82.6B), which altered the same-day voter registration process, as unconstitutional. Defendants are the North Carolina Board of Elections, its Executive Director, and its members in their official capacities, and Philip E. Berger and Destin Hall in their capacities as President Pro Tem of the North Carolina Senate/Speaker of the North Carolina House of Representatives.

On January 21, 2024, the District Court granted in part and denied in part motions for preliminary injunction in related cases also challenging parts of SB 747. Voto Latino v. Hirsch, 712 F. Supp. 3d 637, 684 (M.D.N.C. 2024). That injunction was converted into a consent decree, resulting in the stipulated dismissal of Plaintiffs' Count I, concerning Procedural Due Process under the Fourteenth Amendment. On October 20-24, 2025, a bench trial was held on Counts II and III, concerning Undue Burden on the Fundamental Right to Vote in violation of the First and Fourteenth Amendments and Intentional Discrimination in violation of the Twenty-Sixth Amendment. The District Court entered judgment for Defendants on March 26, 2026.

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

1. Whether the District Court applied the correct legal standard in evaluating Plaintiffs' claim of undue burden on the right to vote under the First and Fourteenth Amendments, including by applying an erroneous framework for evaluating the burdens imposed by and interests asserted in support of the challenged provision.

2. Whether the District Court applied the correct legal standard in evaluating Plaintiffs' claim of intentional discrimination under the Twenty-Sixth Amendment, including by requiring Plaintiffs to satisfy an erroneous standard for proving discriminatory intent.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

Adverse Party: N.C. State Board of Elections, its Executive Director, and its members

Attorney: Mary Louise Lucasse
Address: NC DOJ
SPECIAL LITIGATION
PO BOX 629
RALEIGH, NC 27602

E-mail: mlucasse@ncdoj.gov

Phone: 919-716-6962

Adverse Party: N.C. State Board of Elections, its Executive Director, and its members

Attorney: Mary Woodell Scruggs
Address: NC DEPARTMENT OF JUSTICE
NORTH CAROLINA
P.O. Box 629
RALEIGH, NC 27602

E-mail: mscruggs@ncdoj.gov

Phone: 919-716-6806

**Adverse Parties (continued)**

Adverse Party: Philip E. Berger, Destin Hall

Attorney: Phillip John Strach
Address: NELSON MULLINS RILEY AND SCARBOROUGH LLP
301 HILLSBOROUGH ST., STE 1400
RALEIGH, NC 27603

E-mail: phil.strach@nelsonmullins.com

Phone: 919-329-3812

Adverse Party: Philip E. Berger, Destin Hall

Attorney: Alyssa M. Riggins
Address: NELSON MULLINS RILEY & SCARBOROUGH LLP
301 HILLSBOROUGH ST., STE. 1400
RALEIGH, NC 27603

E-mail: alyssa.riggins@nelsonmullins.com

Phone: 919-329-3800

**Appellant** (Attach additional page if necessary.)


| | |
|---|---|
| Name: Democracy NC, NC Black Alliance, League of Women Voters North Carolina<br>Attorney: Jeffrey Loperfido<br>Address: SOUTHERN COALITION FOR SOCIAL JUSTICE<br>5517 DURHAM CHAPEL HILL BLVD<br>DURHAM, NC 27707<br>E-mail: jeffloperfido@scsj.org<br>Phone: 919-794-4213 | Name: Democracy NC, NC Black Alliance, League of Women Voters North Carolina<br>Attorney: Christopher Shenton<br>Address: SOUTHERN COALITION FOR SOCIAL JUSTICE<br>5517 DURHAM CHAPEL HILL BLVD<br>DURHAM, NC 27707<br>E-mail: chrisshenton@scsj.org<br>Phone: 714-322-0239 |


**Appellant (continued)**


| | |
|---|---|
| Name: Democracy NC, NC Black Alliance, League of Women Voters North Carolina<br>Attorney: Michael Dockterman<br>Address: MCDERMOTT WILL & SCHULTE LLP<br>444 WEST LAKE STREET<br>SUITE 4000<br>CHICAGO, IL 60606<br>E-mail: mdockterman@mcdermottlaw.com<br>Phone: 312-984-7730 | Name: Democracy NC, NC Black Alliance, League of Women Voters North Carolina<br>Attorney: Rachel Cannon<br>Address: STEPTOE LLP<br>227 WEST MONROE STREET<br>SUITE 4700<br>CHICAGO, IL 60606<br>E-mail: rcannon@steptoe.com<br>Phone: 312-577-1270 |


**Signature:** /s/ Jeffrey Loperfido **Date:** 5/4/26

**Counsel for:** Plaintiffs-Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on ____________ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |
| Signature: | Date: |