FILED:  June 12, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1532
(1:23-cv-00878-TDS-JEP)

_____

DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK
ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

Plaintiffs - Appellants

v.

FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE
BOARD OF ELECTIONS; STACY EGGERS, IV, in his official capacity as
SECRETARY OF THE STATE BOARD OF ELECTIONS; JEFF CARMON, in
his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS;
ANGELA HAWKINS, in her official capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official
capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SAM M.
HAYES, in his official capacity as EXECUTIVE DIRECTOR OF THE STATE
BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF
ELECTIONS

Defendants - Appellees

and

PHILIP BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF
THE NORTH CAROLINA SENATE; DESTIN HALL, in his official capacity as
SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES

Intervenors - Appellees

————————————————

## O R D E R

————————————————

The court grants an extension of the briefing schedule as follows:

Response brief due: 07/23/2026

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk