FILED:  July 30, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1532
(1:23-cv-00878-TDS-JEP)

_____

DEMOCRACY NORTH CAROLINA; NORTH CAROLINA BLACK
ALLIANCE; LEAGUE OF WOMEN VOTERS OF NORTH CAROLINA

      Plaintiffs - Appellants

v.

FRANCIS X. DE LUCA, in his official capacity as CHAIR OF THE STATE
BOARD OF ELECTIONS; STACY EGGERS, IV, in his official capacity as
SECRETARY OF THE STATE BOARD OF ELECTIONS; JEFF CARMON, in
his official capacity as MEMBER OF THE STATE BOARD OF ELECTIONS;
ANGELA HAWKINS, in her official capacity as MEMBER OF THE STATE
BOARD OF ELECTIONS; SIOBHAN O'DUFFY MILLEN, in her official
capacity as MEMBER OF THE STATE BOARD OF ELECTIONS; SAM M.
HAYES, in his official capacity as EXECUTIVE DIRECTOR OF THE STATE
BOARD OF ELECTIONS; NORTH CAROLINA STATE BOARD OF
ELECTIONS

      Defendants - Appellees

and

PHILIP BERGER, in his official capacity as PRESIDENT PRO TEMPORE OF
THE NORTH CAROLINA SENATE; DESTIN HALL, in his official capacity as
SPEAKER OF THE NORTH CAROLINA HOUSE OF REPRESENTATIVES

      Intervenors – Appellees

_____

REPUBLICAN NATIONAL COMMITTEE

Amicus Supporting Appellee

_____

O R D E R

_____

Republican National Committee has filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk