**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 26, 2026

---

RESPONSE REQUESTED - SIMILAR CASES

---

No. 26-1532, Democracy North Carolina v. Francis De Luca
1:23-cv-00878-TDS-JEP

TO: Siobhan O'Duffy Millen
Democracy North Carolina
North Carolina Black Alliance
Stacy Eggers
Angela Hawkins
Jeff Carmon
Francis X. De Luca
Destin Hall
Philip E. Berger
North Carolina State Board of Elections
League of Women Voters of North Carolina
Sam Hayes
Republican National Committee

RESPONSE DUE: 10/29/2026

Response is required to the notice requesting information regarding similar cases on or before 10/29/2026. Please use the following form to submit response: **Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).

R. Phillips, Deputy Clerk
804-916-2702